UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN RYAN TOM,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>THE STATE OF NEVADA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:24-cv-00895-MMD-BNW<br><br>ORDER |

　　*Pro se* Petitioner Sean Ryan Tom has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, an incomplete motion for leave to proceed *in forma pauperis* ("IFP"), and a motion for appointment of counsel. (ECF Nos. 1, 1-1 ("Petition"), 2.)

　　Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if they submit an IFP application on the approved form and include three specific documents: (1) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (2) a financial certificate signed by the prisoner and an authorized prison official, and (3) a copy of the prisoner's account statement for the 6-month period prior to filing. *See* 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Although Tom filed an IFP application, he has not included the three supporting documents. (ECF No. 1.) Tom has until June 21, 2024, to either pay the $5 filing fee or submit his missing IFP application documents.

　　Further, Tom has not included any grounds for relief in his Petition. Rather, he states, "[s]ee all attached pleadings filed in this case . . . [r]equesting they be incorporated by reference." (ECF No. 1-1 at 3.) However, there was nothing attached to the Petition. Accordingly, by June 21, 2024, Tom must file an amended petition listing his grounds for relief.

It is therefore ordered that the initial screening of Petitioner Sean Ryan Tom's Petition for Writ of Habeas Corpus (ECF No. 1-1) and consideration of his motion for the appointment of counsel (ECF No. 2) are deferred until such time as he has fully complied with this order.

It is further ordered that on or before June 21, 2024, Tom must file (1) a complete IFP application with the three supporting documents listed above *or* pay the $5 filing fee and (2) file an amended petition. Tom's failure to timely comply with this order will result in the dismissal of the Petition without prejudice and without further advance notice.

The Clerk of Court is further directed to send Tom (1) a blank copy of the IFP application form for inmates along with instructions, and (2) a blank copy of the form Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 along with instructions.

DATED THIS 17th Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE