UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN RYAN TOM,<br><br>　　　　　　　　Petitioner,<br>　v.<br>THE STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:24-cv-00895-MMD-BNW<br><br>ORDER |

　　　On May 10, 2024, *pro se* Petitioner Sean Ryan Tom filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and an incomplete motion for leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 1-1 ("Petition").) On May 17, 2024, this Court instructed Tom to (1) file an amended petition and (2) either pay the $5 filing fee or submit his missing IFP application documents. (ECF No. 4.) Tom timely filed an amended petition on June 18, 2024, but he has moved for an extension of time to pay his filing fee. (ECF Nos. 6, 7.) Tom explains that he has submitted his brass slip to have his $5 filing fee paid, but the Nevada Department of Corrections "often takes anywhere from 3 weeks to 3 months to process a check." (*Id*. at 6.) This Court finds good cause exists to grant Tom an extension of time to pay his filing fee.

　　　It is therefore ordered that the motion for extension of time (ECF No. 6) is granted. Tom has until August 30, 2024 to pay his $5 filing fee.

　　　DATED THIS 20th Day of June 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE