UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SEAN RYAN TOM,<br><br>    Petitioner,<br> v.<br>THE STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:24-cv-00895-MMD-BNW<br><br>ORDER |

On September 20, 2024, this Court dismissed Petitioner Sean Ryan Tom's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition") without prejudice and Judgment was entered. (ECF Nos. 11, 12.) This Court's Order and Judgment were returned as undeliverable, noting that Tom has been relocated from High Desert State Prison to Ely State Prison.[1]

The Clerk of Court is therefore directed to send Tom a courtesy copy of the following to Ely State Prison: (1) a copy of this Order; (2) a copy of the Dismissal Order (ECF No. 11); and (3) a copy of the Judgment (ECF No. 12).

DATED THIS 24th Day of September 2024

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the Court written notice of any change of address. *See* LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the Court deems appropriate. *Id.*; *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").